PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
GUADALUPE VALLE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUADALUPE VALLE, ) | Case No.: CV 08-04389 MAN |
| ) | |
| Plaintiff, ) | |
| v. ) | [proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL S. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security, ) | |
| ) | Magistrate Judge: Hon. Margaret A. Nagle |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Five Thousand One Hundred and 00/100 Dollars ($5,100.00), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred and 00/100 Dollars ($400.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: June 18, 2010

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE